UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELLEN M. SIPPEL,<br><br>Defendant. | 9:18-PO-5060-JCL<br>Ticket Number: F5171435<br>36 CFR 261.55(B)<br>BIKING ON A HORSE TRAIL<br>Location Code: M10<br><br>Disposition Code: PP<br><br>JUDGMENT IN A CRIMINAL CASE |

The Defendant, Ellen M. Sippel, was present in court and entered a plea of no contest to the charge of: 36 CFR 261.55(B) BIKING ON A HORSE TRAIL.

The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Defendant must pay a fine in the amount of $20.00 plus $30.00 Special Assessment for a total of $50.00. The fine has been paid in full, receipt number MTX9-13095.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Judge Lynch. If you appeal, you will be required to pay a

$38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal. You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 6, 2018.

1-31-19
Date Signed

Jeremiah C. Lynch
JEREMIAH C. LYNCH
United States Magistrate Judge